UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:09-MD-02036-JLK

|  |  |
|---|---|
| IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION<br><br>MDL No. 2036 | )<br>)<br>)<br>)<br>)<br>)<br>) |
| THIS DOCUMENT RELATES TO:<br>SECOND TRANCHE ACTION<br><br>*Given v. Manufacturers and Traders Trust Company a/k/a M&T Bank*<br>S.D. Fla. Case No.: 1-10-CV-20478-JLK | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
DEFENDANT M&T BANK'S SECOND RENEWED MOTION TO COMPEL
ARBITRATION AND STAY OR DISMISS LITIGATION [ECF NO. 2645]

Defendant Manufacturers and Traders Trust Company a/k/a M&T Bank ("Defendant") respectfully notifies this Court of the recent decision by the Supreme Court of the United States in American Express Co., et al. v. Italian Colors Restaurant, et al., Docket No. 12-33, October Term 2012 (decided June 20, 2013). Defendant submits that this new authority further supports the grant of its Second Renewed Motion to Compel Arbitration and Stay or To Dismiss (ECF No. 2645) and further defeats arguments made by Plaintiff.

In American Express Co., et al. v. Italian Colors Restaurant, et al., the Supreme Court of the United States again directed the enforcement of an arbitration agreement as required by the Federal Arbitration Act (the "FAA") and, inter alia, explained that its prior decision in

1

AT&T Mobility[1] already had established "that the FAA's command to enforce arbitration agreements trumps any interest in ensuring the prosecution of low-value claims." (Slip opinion, at 9 n. 5). A copy of the opinion in American Express Co., et al. v. Italian Colors Restaurant, et al., is attached to this Notice as Exhibit A.

If this Court should desire it, Defendant stands ready to provide additional briefing on the ways in which this recent Supreme Court decision further supports the grant of its pending motion.

Date:   June 24, 2013                    Respectfully submitted,

                                         /s/ James A. Dunbar
                                         James A. Dunbar (admitted *pro hac vice*)
                                         Matthew R. Alsip (admitted *pro hac vice*)
                                         Venable LLP
                                         210 West Pennsylvania Avenue, Suite 500
                                         Towson, Maryland 21204
                                         410-494-6200 (telephone)
                                         410-821-0147 (facsimile)
                                         jadunbar@venable.com
                                         mralsip@venable.com

                                         John T. Prisbe (admitted *pro hac vice*)
                                         Venable LLP
                                         750 East Pratt Street, Suite 900
                                         Baltimore, Maryland 21202
                                         410-244-7400 (telephone)
                                         410-244-7742 (facsimile)
                                         jtprisbe@venable.com

                                         *Counsel for Manufacturers and Traders Trust Company a/k/a M&T Bank*

---

[1]   AT&T Mobility LLC v. Concepcion, 563 U. S. ___, 131 S. Ct. 1740 (2011).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2013, a copy of Defendant M&T Bank's foregoing "Notice of Supplemental Authority in Support of Defendant M&T Bank's Second Renewed Motion to Compel and Stay or Dismiss Litigation" was filed and served upon counsel using the Court's CM/ECF system.

*/s/ John T. Prisbe*
John T. Prisbe